JAMES CARTEE, Appellant, *v.* SAKS FIFTH AVENUE, Respondent. SAKS & COMPANY, Sued Herein as SAKS FIFTH AVENUE, Third-Party Plaintiff-Appellant, *v.* DANIEL FRAAD, JR., et al., Doing Business as ALLIED MAINTENANCE Co., Third-Party Defendants-Respondents.

Argued January 14, 1952; decided January 25, 1952.

834

<br>

*Edgar T. Schleider, Edward L. Mollis* and *Alfred Schleider* for appellant.

*John J. Stewart* and *John P. Smith* for respondent and third-party appellant.

*Harry Schechter, Bernard Katzen* and *William H. Stieglitz* for third-party respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.